STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

SARAH E. GRISWOLD (CABN 240326)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5081
    sarah.griswold@usdoj.gov

JOSEPH S. BEEMSTERBOER (ILBN 6280961)
Acting Chief, Criminal Division, Fraud Section

CHRISTOPHER D. JACKSON (VABN 75027)
Acting Assistant Chief, Criminal Division, Fraud Section

    1400 New York Avenue, N.W.
    Washington, D.C. 20530
    Telephone: (202) 514-2000
    christopher.jackson5@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEBNITZ TRAN, A/K/A VIET TRAN, <br><br> Defendant. | CASE NO. 3:21-CR-269 WHO <br><br> JOINT STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JUNE 30, 2022, AND TO EXCLUDE TIME FROM MAY 5, 2022, THROUGH JUNE 30, FROM THE SPEEDY TRIAL ACT CALCULATION UNDER 18 U.S.C. § 3161(h)(7)(A) AND (h)(7)(B)(iv) |

### JOINT STIPULATION

The parties are scheduled to appear before the Court on Thursday, May 5, 2022. The parties hereby provide the Court with a status update on this case and request the Court continue the status

conference to June 30, 2022. The United States has provided approximately 63,825 pages of discovery in this matter and will continue to provide any additional discovery as it is received. Defense counsel needs additional time to review the discovery and to conduct his own investigation. The parties are also in discussions to attempt resolve this case.

Accordingly, the parties hereby request that the status conference set for May 5, 2022, be continued to June 30, 2022, at 1:30 p.m.

The parties hereby stipulate that the time from May 5, 2022, through June 30, 2022, should be excluded from the period of time within which the defendant's trial must commence pursuant to the Speedy Trial Act in order to allow defense counsel sufficient time to prepare effectively, taking into account the exercise of due diligence. Furthermore, the parties stipulate that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

DATED: April 29, 2022

/s/
SARAH E. GRISWOLD
Assistant United States Attorney


JOSEPH S. BEEMSTERBOER
Acting Chief, Criminal Division, Fraud Section

DATED: April 29, 2022

/s/
CHRISTOPHER D. JACKSON
Acting Assistant Chief, Criminal Division, Fraud Section

DATED: April 29, 2022

/s/
GUYTON N. JINKERSON
Counsel for Defendant LEBNITZ TRAN

## ORDER

Based upon the representations made in the parties' stipulation above and for good cause shown, the COURT HEREBY ORDERS that the status conference set for May 5, 2022, is continued to June 30, 2022, at 1:30 p.m. The COURT FURTHER ORDERS that the time from Mary 5, 2022, through June 30, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court finds that defense counsel needs additional time to review discovery and investigate this matter, and that the failure to grant this request would unreasonably deny defense counsel reasonable time to effectively prepare, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court therefore excludes this time pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

DATED: April 29, 2022

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE